# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144931

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GERALD DWAYNE CLARK,
      Defendant-Appellant.

SC: 144931
COA: 308013
Muskegon CC: 11-060304-FH

_____/

On order of the Court, the application for leave to appeal the February 17, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012
_____        _____
                                            Clerk

t0716